IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LANCE THIESSEN, et al.,

Plaintiffs,

v.                                         CV No. 19-779 CG/SMV

EMILY IRWIN, et al.,

Defendants.

## FINAL JUDGMENT

**THE COURT**, having issued the *Order Granting Motion to Dismiss for Lack of Service*, (Doc. 24), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE